LaVern Koerner
15251 S. 50th ST
Phoenix, AZ 85044

## UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| LaVern Koerner | ) | |
| | ) | Case No. 1:05CV01600 ESH |
| Plaintiff(s), | ) | |
| | ) | MOTION TO SUBMIT FOR DECISION |
| v. | ) | |
| | ) | |
| United States | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff(s), LaVern Koerner, request(s) that the clerk of the court submit the following pleadings to the court for decision:

Plaintiff's Objection to conversion.

Plaintiff's order remanding the matter back to the district court of the United States in Washington District of Columbia.

Dated Oct 5th, 2005

_LaVern Koerner_
LaVern Koerner