UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LaVERN KOERNER., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1600 (ESH) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court has before it plaintiff's Objection to Conversion and Motion to Submit for Decision. The resolution of this case cannot be addressed until after plaintiff has effectuated service on defendant, as required by Rule 4(i) of the Federal Rules of Civil Procedure, and defendant has had the opportunity to respond to plaintiff's complaint.

Accordingly, plaintiff's motion must be **DENIED** as premature and plaintiff must effectuate service, in conformity with Rule 4(i), and file proof of service with the Court on or before December 10, 2005. Failure to effectuate timely service could result in an order of dismissal for failure to prosecute under Rule 41(b).

s/<br>
ELLEN SEGAL HUVELLE<br>
United States District Judge

Date:   October 11, 2005