UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LaVERN KOERNER., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1600 (ESH) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Defendant has moved to dismiss this action under Fed. R. Civ. P. 12(b)(6), asserting that plaintiff has not provided sufficient facts to state a claim. The complaint, brought under 26 U.S.C. § 7433, sets forth an adequate factual basis to survive a Rule 12(b)(6) motion. *See* Complaint para. 7. In essence, defendant is asserting that the complaint fails to provide adequate notice of a claim under Fed. R. Civ. P. 8 because it does not provide sufficient information to fashion a response. *See* Def't's Mtn. at 4. Rather than dismiss the complaint, the Court finds it more appropriate at this time to direct plaintiff to file a more definite statement of her claim so defendant may file a more appropriate responsive motion.

Plaintiff has responded by moving to strike for want of subject matter jurisdiction. This Court is a district court of the United States and therefore qualifies as "a district court of the United States" within the meaning of 26 U.S.C. § 7433(a). Thus, it has subject matter jurisdiction.

Accordingly, plaintiff's Motion to Strike is **DENIED**; defendant's Motion to Dismiss is **DENIED WITHOUT PREJUDICE** to being renewed after plaintiff provides a more definite

statement; and plaintiff must file on or before November 15, 2005, a more definite statement of her claim in which she specifies the specific tax years at issue, the type of tax at issue, the amount in dispute, and exactly what defendants did to "disregard any provision of this title." Plaintiff must also explain how she has exhausted her administrative remedies as required by 26 U.S.C. § 7433(d).  Thereafter, defendant may renew its motion or file any other responsive pleading within two weeks of receipt of plaintiff's filing.

**SO ORDERED**.

                                                    s/
                                       ELLEN SEGAL HUVELLE
                                       United States District Judge

DATE:    October 26, 2005

**Copies to:**

Pat S. Genis, AUSA
US Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044

Ms. LaVern Koerner
15251 South 50th Street
#2035
Phoenix, AZ 85044