IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lavern Koerner | No. 1:o5-cv-01600 (ESH) |
| Plaintiff | MOTION FOR |
| v. | ENLARGEMENT OF TIME |
| UNITED STATES | |
| Defendant | |

    Comes now the Plaintiff LAVERN KOERNER Requests the Court to Grant Plaintiff an Enlargement of Time to Respond to the Courts order Require ing a more Definitive Statement.

    Plaintiff does not have excess to a Secretary, a Typist, Researchers, and Paralegals. Five days notice is not sufficient time for Plaintiff to Comply with the Courts Order.

    Wherefore Plaintiff Requests the Court to grant an extend of the time.

Dated Nov. 10 2005

*LaVern Koerner* (signature)
LaVern Koerner

CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on Defendants Attorney
Pat. S. Genis Trial Attorney, Tax Division, United States Department of Justice
P.O. Box 227, Washington D.C. 20044

*LaVern Koerner* (signature)