IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAVERN KOERNER, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01600 (ESH) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the UNITED STATES' RENEWED MOTION TO DISMISS, supporting MEMORANDUM and proposed ORDER were served upon the following person on December 27, 2005, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> LaVern Koerner
> 15251 S. 50th Street, #2035
> Phoenix, AZ 85044

> /s/ Pat S. Genis
> PAT S. GENIS, #446244

1483695.1