UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LaVERN KOERNER., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 05-1600 (ESH) |
|  | ) |
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Defendant. | ) |

## ORDER

In addition to the Order issued this date requiring plaintiff to show cause why her case should not be dismissed without prejudice because of lack of venue, plaintiff is hereby notified that if this case is not dismissed for lack of venue, she is required to respond to the remaining arguments raised in defendant's Renewed Motion to Dismiss on or before January 30, 2006. If she fails to respond to the remaining arguments (excluding venue) raised in the Motion to Dismiss, the Court will grant defendant's motion and enter judgment for the defendant. *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

Accordingly, it is this 28th day of December, 2005, hereby

**ORDERED** that plaintiff shall show cause why venue is proper in this jurisdiction on or before January 17, 2006, and in the event that plaintiff establishes venue in this Court, she must file an opposition as to the remaining arguments in defendant's motion on or before January 30, 2006. If plaintiff does not file an opposition by that date, the Court will treat the motion as conceded and may grant the motion and dismiss the case. There will be no continuances in these deadlines, since plaintiff can file a handwritten opposition if necessary.

**SO ORDERED**.

                                             s/
                              _____
                              ELLEN SEGAL HUVELLE
                              United States District Judge