UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LaVERN KOERNER., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1600 (ESH) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| LaVERN KOERNER., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0024 (ESH) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It appears that plaintiff has two suits pending on this Court's calendar, both of which relate to exactly the same claims of misconduct by the Internal Revenue Service under 26 U.S.C. § 7433. Since plaintiff has moved to amend her complaint in 1:06CV0024 and that amendment will be granted as unopposed, the Court will close the previously pending case (05CV1600) and, in order to avoid further confusion, all parties will be required to file pleadings *only* in 06CV0024.

Accordingly, it is this 30th day of January 30, 2006, hereby

**ORDERED** that the Clerk of Court shall administratively close 05CV1600 and henceforth, pleadings shall be filed only in 06CV0024; and it is

**FURTHER ORDERED** that plaintiff's motion to amend her complaint filed in 06CV0024[1] is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff must serve her amended complaint, as filed in 06CV0024, in compliance with Fed. R. Civ. P. 4(i).  Failure to properly serve the defendant will result in dismissal.

                                                        s/
                                      ELLEN SEGAL HUVELLE
                                      United States District Judge

---

[1] Plaintiff's motion erroneously reflected the civil action number 05-0024, instead of 06-0024.